**Order entered May 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01558-CV

### LOWELL MERRITT, Appellant

### V.

### ROBERT DAVIS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01387-2009**

## ORDER

Appellant is a pro se vexatious litigant subject to a prefiling order. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.102(a) (West Supp. 2015). In a letter dated May 4, 2016, we instructed appellant to file, by May 16, 2016, written verification that he has obtained the required order from the local administrative judge permitting the filing of this appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 11.103(a). On May 10, 2016, appellant filed a motion seeking additional time to obtain the required order.

We **GRANT** appellant's motion **TO THE EXTENT** we **ORDER** appellant to file, by **MAY 23, 2016**, written verification that he has obtained the required order and the date the order was signed.

We **ORDER**, Yoon Kim, Collin County District Clerk, to file, by **MAY 27, 2016**, a supplemental clerk's record containing either (1) any order granting or denying appellant permission to appeal or (2) written verification that no order regarding same was signed.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Angela Tucker, Local Administrative Judge of Collin County, the Honorable John Roach, Jr., Presiding Judge of the 296th Judicial District Court, Mr. Kim, appellant, and counsel for appellee.

/s/     ELIZABETH LANG-MIERS
          JUSTICE